# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Priestly Kingdom of Gumnadzo or State of Kadeshyireh** ) | | JUDGMENT IN CASE |
| **The Priestly Kingdom of Veritas or State of Asota** ) | | |
| **Priestly Kingdom of Macitav or State of Canozam,** ) | | |
| ) | | |
| Petitioners, ) | | 1:19-mc-00011-MOC |
| ) | | |
| vs. ) | | |
| ) | | |
| **City of Washington,** ) | | |
| Respondents. ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 10, 2019 Order.

May 10, 2019

*Frank G. John[signature]*

Frank G. Johns, Clerk
United States District Court