UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-mc-11-MOC

| | | |
|---|---|---|
| THE PRIESTLY KINGDOM OF VERISTAS OR STATE OF ASOTA, et al., | ) ) ) ) ) | |
| PETITIONERS, | ) ) | |
| Vs. | ) ) | ORDER |
| CITY OF WASHINGTON, D.C., | ) ) | |
| RESPONDENT. | ) ) | |

**THIS MATTER** is before the Court on a filing in this Court, captioned as a "Bill of Review," in which Petitioners seek a hearing before this Court. To the extent that this filing is construed as a motion for hearing, the motion is **DENIED**, as this action has been dismissed as frivolous and for lack of jurisdiction and Petitioners have not shown that they are entitled to a hearing in this matter.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner's "Bill of Review," (Doc. No. 4), construed as a motion for hearing, is **DENIED**.

Signed: May 22, 2019



Max O. Cogburn Jr.
United States District Judge